**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-22769-BLOOM/Louis**

LINET D. FERRER CHIBAS

      Plaintiff,

v.

BANYAN HEALTH SYSTEMS,

      Defendant.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon Plaintiff Linet D. Ferrer Chibas's Petition for Writ of Habeas Corpus ("Petition"), ECF No. [1]. The matter was assigned to Magistrate Judge Lauren Fleischer Louis pursuant to Administrative Order 2025-11. Because Judge Louis did not possess authority to issue a dispositive order in this case, she issued a Report and Recommendations ("R&R") recommending that Plaintiff's Petition be dismissed without prejudice because Plaintiff failed to file an Amended Petition by the Court's deadline after Judge Louis determined Plaintiff's Petition was deficient and failed to state a claim. ECF No. [19].

The R&R advised the parties that they "shall serve and file written objections, if any, to th[e] Report and Recommendations with [this Court], within fourteen (14) days of being served with a copy of th[e] Report and Recommendations. *Id.* To date, the parties have not filed objections, nor have they sought additional time to file objections. Nonetheless, the Court has conducted a *de novo* review of Judge Louis's R&R and the record and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Louis's R&R to be well reasoned and correct. The

Case No. 26-cv-22769-BLOOM/Louis

Court therefore agrees with the analysis and concludes that Plaintiff's Petition is dismissed without prejudice.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Report and Recommendation, **ECF No. [19]**, is **ADOPTED**.

2. Plaintiff's Petition, **ECF No. [1]**, is **DISMISSED WITHOUT PREJUDICE**.

3. All pending motions are **DENIED AS MOOT**.

4. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, on June 17, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record

Linet D Ferrer Chibas
1630 SW 4th Street
Apt. 2
Miami, FL 33135
PRO SE

2